Slip Op. 16-30

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LAMINATED WOVEN SACKS COMMITTEE, COATING EXCELLENCE INTERNATIONAL, LLC, AND POLYTEX FIBERS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 12-00301 |

**JUDGMENT**

Before the court is the U.S. Department of Commerce Redetermination Pursuant to Court Remand Laminated Woven Sacks Comm. v. United States Court No. 12-00301, ECF No. 36 ("Remand Results"). All parties agree that the Remand Results comply with the court's instructions and should be sustained. Joint Status Report 1-2, ECF No. 37. Accordingly, it is hereby

**ORDERED** that the Remand Results are sustained.


　　　　　　　　　　　　　　　  /s/ Leo M. Gordon
　　　　　　　　　　　　　　　   Judge Leo M. Gordon


Dated: March 30, 2016
　　　　New York, New York